**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
BRADLEY BAKER, :
                Plaintiff, :
:
  - vs - : 03 CV 6258 T(P)
:
THE HOME DEPOT, :
:
                Defendant. :
:
------------------------------------------------------------x

## DEFENDANT'S NOTICE OF MOTION
## AND MOTION FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that Defendant Home Depot U.S.A., Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Civil Rules of the Western District of New York and upon: (1) the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment; (2) Defendant's Local Civil Rule 56.1 Statement of Undisputed Facts; (3) the Affidavit of Debra Morway, Esq., and the exhibits attached thereto; and (4) the Affidavit of Colleen Vorndran, will move this Court, before the Honorable Judge Michael Telesca, United States District Court, at the United States Courthouse for the Western District of New York, 100 State Street, Rochester, New York, 14614, on a date and at a time to be designated by the Court, for an Order: (i) granting Defendant's motion for summary judgment seeking dismissal of Plaintiff's Complaint; and (ii) awarding Defendant all costs and attorneys' fees incurred in connection with the instant action and this motion.

# MOTION

Plaintiff <u>Pro</u> <u>Se</u> Bradley Baker has filed an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e <u>et</u> <u>seq.</u>. Defendant Home Depot U.S.A., Inc. moves for summary judgment seeking dismissal of all claims contained in the Complaint as Plaintiff has failed to raise a genuine issue of material fact requiring trial and because Defendant is entitled to summary judgment as a matter of law.

Dated: April 22, 2004
      New York, New York             NIXON PEABODY LLP

By: <u>/s/ Stephanie Caffera</u>
Stephanie Caffera (SC-4726)

Clinton Square
P.O. Box 31051
Rochester, New York 14603
(585) 263-1000

MORGAN, LEWIS & BOCKIUS LLP

Debra Morway (DM-2629)
101 Park Avenue
New York, New York 10178
(212) 309-6000

ATTORNEYS FOR DEFENDANT
HOME DEPOT U.S.A., INC.