UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------

BRADLEY BAKER

              Plaintiff

    V                                                 NOTICE OF APPEAL

                                                   03-CV-6258

THE HOME DEPOT

              Defendant
--------------------------------------------------

Notice is hereby given that Bradley Baker hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment filed on Febuary 4, 2005 Civil No. 03-CV-6258 granting Summary Judgment in favor of the defendants, entered in this action on the 19th day of Febuary, 2005.

Febuary 19,2005
date

                                                              *(signature)*
                                                              Bradley Baker
                                                               Pro Se
                                                               Po Box 114
                                                               Fillmore, Ny 14735