# MANDATE

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th of April, two thousand and six.

Before:    Hon. Amalya L. Kearse,
           Hon. Roger J. Miner,
           Hon. Peter W. Hall,
                   *Circuit Judges,*

Docket No. 05-1069-cv

BRADLEY BAKER,

            *Plaintiff-Appellant,*

       v.

THE HOME DEPOT,

            *Defendant-Appellee.*

Appeal from the United States District Court for the Western District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Western District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and REMANDED for further proceedings in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

*Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Deborah Holmes_
DEPUTY CLERK

ISSUED AS MANDATE: MAY 11 2006