UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRADLEY BAKER

                            Plaintiff(s)

   -vs-                                                                              03-Cv-6258T

THE HOME DEPOT

                            Defendant(s)
_____

      The Court having been advised that the above action has been settled, it is hereby,

      ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

      SO ORDERED.

                                          _____
                                          MICHAEL A. TELESCA
                                          United States District Judge

Dated: October 19, 2006